ACCEPTED
12-15-00084-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/22/2015 1:36:01 PM
CATHY LUSK
CLERK

NO. 12-15-00084-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE |
| VS. | § | TWELFTH COURT |
| ARRON TRACE McLAREY | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/22/2015 1:36:01 PM
CATHY S. LUSK
Clerk

## MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Arron Trace McLarey, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

Law Office of James Huggler
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: _____
James Huggler
State Bar No. 00795437
Attorney for Arron Trace McLarey

_____
Arron Trace McLarey, Appellant

STATE OF TEXAS       §
             §
COUNTY OF SMITH     §
             §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared James Huggler, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause.

I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

               _____
               James Huggler
               Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on June 22, 2015, to certify which witness my hand and seal of office.

AMIE JANE GONZALEZ
Notary Public, State of Texas
My Commission Expires
July 19, 2018

               _____
               Notary Public, State of Texas

## CERTIFICATE OF SERVICE

This is to certify that on June _22_, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Smith County, 100 N. Broadway, 4th Floor, Tyler, Texas 75702, by hand delivery.

James Huggler